# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 19, 2020

*By ECF*
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, New York. 10007

> Application GRANTED. The VOSR conference is ADJOURNED to August 3, 2020, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. 71. SO ORDERED.
>
> *[signature]*
> June 19, 2020

Re:   *United States v. Kilver Rincon*, 13 Cr. 180-01 (JMF); 16 Cr. 199 (JMF)

Dear Judge Furman:

I write on behalf of Mr. Rincon, and with the consent of the Government, to respectfully request that the conference in the above-captioned matters, currently set for June 29, 2020, for 30 days.

Thank you for considering this request.

Respectfully Submitted,
/s/
Christopher A. Flood
Assistant Federal Public Defender
Federal Defenders of New York
(212) 417-8734

cc: All counsel, by email